IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROBERT DAMIAN JOYCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:20-CV-00148-H-BU |
| v. | § | |
| | § | |
| 180 HOUSE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER CLOSING CASE

Plaintiff Robert Damian Joyce, proceeding *in forma pauperis*, filed this action against 180 House Inc. alleging that it violated the Trafficking Victims Protection Act (TVPA). Dkt. No. 27. After conducting a preliminary screening of Joyce's claims in compliance with 28 U.S.C. § 1915, the undersigned recommended the Court dismiss Joyce's claim as frivolous and for failure to state a claim. Dkt. No. 38. Now before the Court is Joyce's Motion to Dismiss, in which he requests the Court dismiss his claim without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Dkt. No. 41.

Upon review, the Court construes Joyce's Motion to Dismiss as a self-executing dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016). "The effect of a Rule 41(a) dismissal is to put the plaintiff in a legal position as if he had never brought the first suit." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 359 (5th Cir. 2013) (citing *Harvey Specialty & Supply,*

*Inc.*, 434 F.3d 320, 324 (5th Cir. 2005)). Once a plaintiff files a notice of voluntary dismissal under Rule 41(a), the Court loses jurisdiction over the litigation and the case is effectively terminated apart from certain ancillary matters. *Bechuck*, 814 F.3d at 291 (citing *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010).

Thus, considering Joyce's voluntary dismissal of his case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to CLOSE this case and TERMINATE any pending motions.

ORDERED this 17th day of September 2024.

                                                JOHN R. PARKER
                                              UNITED STATES MAGISTRATE JUDGE